Durie v. Blauvelt.

CORNELIUS A. DURIE, COLLECTOR OF HARRINGTON TOWNSHIP, v. JAMES H. BLAUVELT AND SARAH M. DORN, ADMINISTRATORS CUM TESTAMENTO ANNEXO OF ELISHA RUCKMAN, DECEASED.

Foreign administrators are not liable to be sued in their representative character in the courts of this state.

On rule to show cause.

Argued at June Term, 1886, before Justices DIXON and REED.

For the rule, *P. W. Stagg.*

*Contra, Edward Wells,* of New York.

The opinion of the court was delivered by

DIXON, J.   The tax assessed against Elisha Ruckman, for the year 1864, in the township of Harrington, Bergen county, having been removed to this court by *certiorari* allowed to him in 1865, was affirmed by the judgment of this court.

In 1882 Elisha Ruckman died in Rockland county, New York, of which county he was then a resident, and subsequently his will was there proved, and James H. Blauvelt and Sarah M. Dorn were appointed by the surrogate of Rockland county his administrators *cum testamento annexo.*

The collector of Harrington township, having obtained a rule that these administrators *cum testamento annexo* show cause why they, as such administrators, should not be ordered to pay the tax, now moves that it be made absolute.

The motion must be denied, for the reason that foreign administrators are not liable to be sued in their representative capacity in the courts of this state. *Banta* v. *Moore*, 2 *Mc-Cart.* 97 ; *Normand's Adm'r* v. *Grognard*, 2 *C. E. Green* 425 ; *Brownlee* v. *Lockwood*, 5 *C. E. Green* 239 ; *Porter* v. *Trall*, 3 *Stew. Eq.* 106 ; 1 *Wms. Ex'rs* (6th Am. ed.) 362, note *u*; 3 *Wms. Ex'rs* 2041 ; *Story's Confl. of Laws*, § 513.

It is unnecessary to consider the suggestion that these respondents might be held as executors *de son tort*, further than to say that the evidence does not show that they have committed any act in this state which would impose that character upon them, nor are they now prosecuted in that character, as they must be if such be the ground of responsibility. *Dilts* v. *Parke*, 1 *South.* 219 ; *Parker* v. *Thompson*, 1 *Vroom* 311.

Let the rule be discharged, with costs.